IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**MICHAEL KENNY**<br><br>**and**<br><br>**THOMAS KENNY,**<br><br>         **Defendants.** | **Case No. 23-mj-359** |

### JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, and the defendants, Michael Kenny and Thomas Kenny, by and through their respective counsel, hereby file this motion to adjourn the status hearing set for July 11, 2024, in the above-captioned matter, for approximately 19 days, until July 30, 2024, or another date convenient to the Court. The parties request the additional time to allow the parties to continue to review discovery and complete discussions regarding potential dispositions.

The parties request that the Court exclude time from July 11, 2024, until the next status date, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Counsel for both defendants have reviewed and join this motion.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:   */s/ Nathaniel K. Whitesel*
       NATHANIEL K. WHITESEL
       Assistant United States Attorney
       DC Bar No. 1601102
       601 D Street NW
       Washington, DC 20530
       nathaniel.whitesel@usdoj.gov
       (202) 252-7759