UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:24-cr-344-LLA |
| v. ) | |
| ) | |
| MICHAEL KENNY ) | January 10, 2025 |
| ) | |

**<u>DEFENDANT MICHAEL KENNY'S MOTION TO CONTINUE SENTENCING</u>**

The Defendant, Michael Kenny, hereby moves to continue the sentencing hearing for 60 days, and to adjust all deadlines for sentencing memoranda accordingly. Counsel for codefendant Thomas Kenny does not object to this motion or a similar continuance for his sentencing. The Government objects to a continuance.[1]

The Kenny brothers have pled guilty to misdemeanor charges in connection with their time in the Capitol on January 6, 2021. There is no evidence that they damaged any property or engaged in any acts of violence towards others. For Michael Kenny, the Probation Office has not recommended a period of incarceration.

Meanwhile, the country awaits the inauguration of Donald Trump on January 20, 2025, a bit more than a week before the sentencing hearing. During the Trump presidential campaign and on several occasions since Election Day, President Trump and his supporters have indicated that there will be pardons issued for many of those convicted in connection with the events on January 6, 2021. The specifics are not clear, but there has been enough discussed that some

---

[1] The Government would not oppose a motion to convert the sentencing to a videoconference, rather than in person, as addressing the travel concerns raised herein.

action appears likely.  Mr. Kenny and his brother are among the least culpable from that day and presumably among the most likely to be provided with relief by the incoming administration.

That administration is expected to include a new U.S. Attorney General and a new U.S. Attorney for the District of the District of Columbia.  Given all of the statements made to date, January 6 cases are no longer likely to be a priority of the Department of Justice.  Indeed, whether the assistant U.S. attorney handling this matter will have any authority to continue to do so after January 20th is unclear.

Meanwhile, if the hearing is to proceed, undersigned counsel is at the point of preparing a sentencing memo and making travel arrangements, including reserving a hotel room for the night before the hearing and purchasing an airline ticket.  Mr. Kenny has to make similar decisions.  Yes, travel reservations can obtained with the ability to seek a refund if things happen quickly after January 20th, but the more prudent approach is to continue this matter to determine see whether the Government ultimately will dismiss.

A continuance will ensure that the commitment of the parties' and the Court's resources are warranted.  If the statements about pardons and helping those prosecuted are all bluster, then nothing will have been lost by the continuance.  Mr. Kenny has been compliant with his release conditions; the Court can reasonably expect that he will continue to work, live with family, and remain law-abiding.  If the new administration follows through with its public statements, then time and money spent in the next two weeks will have been better spent elsewhere.

WHEREFORE, Defendant Michael Kenny respectfully requests that the Court continue the sentencing hearing for 60 days and adjust the deadlines for the parties' sentencing memoranda accordingly.

        Respectfully Submitted,

        _/s/Charles F. Willson/s/_____
        By Charles F. Willson (# ct24129)
        FEDERAL DEFENDER'S OFFICE
        10 Columbus Boulevard, 6th Floor
        Hartford, CT 06106
        Tel:   (860) 493-6260
        Fax:   (860) 493-6269
        email: Charles_Willson@fd.org

## CERTIFICATION OF SERVICE

This is to certify that on January 10, 2025, a copy of the foregoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the foregoing.

/s/Charles F. Willson/s/_____
Charles F. Willson