UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL KENNY, *et al.*,<br><br>*Defendants*. | Criminal Action No. 24-344 (LLA) |

## ORDER

On August 14, 2024, Defendants Michael Kenny and Thomas Kenny pleaded guilty to two counts—Disorderly and Disruptive Conduct in a Capitol Building or Grounds in violation of 40 U.S.C. § 5104(e)(2)(D) and Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G)—in connection with their participation in the riot at the U.S. Capitol on January 6, 2021.  Aug. 14, 2024 Minute Entry; ECF No. 34; ECF No. 35.  The sentencing hearing for both defendants is scheduled for January 28, 2025.  Nov. 8, 2025 Minute Entry.  Michael Kenny now requests that the court continue the sentencing hearing for sixty days.  ECF No. 46.  He argues that a continuance is warranted to conserve court and party resources because "Mr. Kenny and his brother are among the least culpable from that day and presumably among the most likely to be provided with relief by the incoming [Presidential] administration."  *Id.* at 2.

Mr. Kenny's motion is **DENIED**.  As other judges in this district have explained, "[w]hatever the President-elect may or may not do with respect to some of those charged at the Capitol on January 6, 2021, is irrelevant to the Court's independent obligations and legal responsibilities under Article III of the Constitution."  *United States v. Baez*, No. 21-CR-507, ECF

No. 121, Order (D.D.C. Nov. 19, 2024); *see United States v. Lichnowski*, No. 23-CR-341, ECF No. 73, Order (D.D.C. Nov. 7, 2024) (explaining that "the potential future exercise of the discretionary pardon power, an Executive Branch authority, is irrelevant to the Court's obligation to carry out the legal responsibilities of the Judicial Branch"); *see also, e.g.*, *United States v. Carnell*, No. 23-CR-139, Minute Order (D.D.C. Nov. 6, 2024); *United States v. Bosch*, No. 24-CR-210, Minute Order (D.D.C. Nov. 7, 2024); *United States v. Baker*, No. 24-CR-121, Minute Order (D.D.C. Nov. 11, 2024); *United States v. Allen*, No. 23-CR-261, Minute Order (D.D.C. Nov. 12, 2024); *United States v. Johnson*, No. 24-CR-141, Minute Order (D.D.C. Nov. 13, 2024); *United States v. Fuller*, No. 23-CR-209, ECF No. 101, Order (D.D.C. Nov. 21, 2024). Sentencing will proceed as scheduled.

The court, however, takes into consideration Mr. Kenny's concerns over travel and thus **ORDERS** that the sentencing hearing will be conducted via Zoom in lieu of an in-person appearance. A link will be provided to the parties in advance of the hearing.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date: January 10, 2025