UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MICHAEL KENNY, *et al.*,<br><br>*Defendants*. | Criminal Action No. 24-344 (LLA) |

### ORDER

This matter is before the court on the United States' Motion to Dismiss the Information. ECF No. 51. Pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby

**ORDERED** that the motion is **GRANTED** and the Information, ECF No. 31, is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all pending deadlines and hearings in this case are **VACATED**. The Clerk of Court is directed to terminate this case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   January 27, 2025